

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Joseph Alan Piesco, Jr.
Joseph.Piesco@dlapiper.com
T  212.335.4537
F  917.778.8629

February 12, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2020

<u>Via ECF</u>

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

    Re:   *Calcano v. Domino's Pizza, Inc.*
             1:19-cv-9823 (GHW)

Dear Judge Woods:

    DLA Piper LLP (US) represents Defendant Domino's Pizza, Inc. ("Defendant") in the above-referenced matter. We write, jointly with Plaintiff's counsel, to respectfully request an adjournment of the initial conference, currently scheduled on February 18, 2020.

    The Parties apologize for not filing a joint letter or proposed case management plan yesterday, February 11, 2020. Defendant intends to file a pre-motion conference letter tomorrow and seek leave to file a motion to dismiss. As some of the arguments Defendant intends to raise concern jurisdictional issues, the Parties respectfully ask that the Court adjourn the initial conference *sine die*, or, alternatively, to a date at least fourteen (14) days after a determination on the motion to dismiss, in the event the Court grants Defendant leave to file the motion to dismiss. Should the Court wish the Parties to file a joint letter and proposed case management plan, we ask that the Court permit the Parties to file the same by tomorrow, February 13, 2020.

    We greatly appreciate Your Honor's courtesies in this regard, and thank the Court for its time and attention to this matter.

                             Respectfully submitted,

                             /s/ Joseph A. Piesco, Jr.

---

Application granted. The initial pre-trial conference scheduled for February 18, 2020 and the deadline for submission of the parties' joint letter and proposed case management plan, described in the Court's October 25, 2019 order, Dkt. No. 5, are adjourned *sine die*.
SO ORDERED.

Dated: February 13, 2020                    _____
New York, New York                        GREGORY H. WOODS
                                       United States District Judge