```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 MARCOS CALCANO, on behalf of himself and all    :
 other persons similarly situated,               :
                                                 :
                              Plaintiff,         :       1:19-cv-09823-GHW
                -v-                              :
                                                 :            ORDER
 DOMINO'S PIZZA, INC.,                           :
                                                 :
                              Defendant.         :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2020

GREGORY H. WOODS, United States District Judge:

On February 24, 2020, the Court stayed this case "to permit the resolution of motions to dismiss in similar matters currently pending before the Court and elsewhere in this district." Dkt. No. 24. The parties were directed to submit a joint status letter within five days of the issuance of any opinion in the Second Circuit "evaluating the merits of claims such as those advanced by Plaintiff here." *Id.* The joint letter must "address[] the impact of the decision(s) on the viability of this case and the continued need for a stay." *Id.*

On April 23, 2020, the Court issued an opinion *Dominguez v. Banana Republic, LLC*, Case No. 19-cv-10171-GHW, dismissing a similar case. Therefore, the joint letter was due by April 28, 2020. The Court has not received the parties' joint letter. Accordingly, the parties are directed to submit the joint letter forthwith, and in no event later than May 4, 2020.

SO ORDERED.

Dated: May 1, 2020
                                          _____
                                               GREGORY H. WOODS
                                             United States District Judge