USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARCOS CALCANO, *on behalf of himself and all other persons similarly situated*, :
:
Plaintiff,   :    1:19-cv-09823-GHW
-v-   :
:    ORDER
DOMINO'S PIZZA, INC.,   :
:
Defendant.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    For the reasons explained during the conference held on May 6, 2020, the stay in this case is lifted.  The deadline for Defendant to file and serve its motion to dismiss is June 1, 2020.  Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of Plaintiff's opposition.

    The Clerk of Court is directed to lift the stay in this case.

    SO ORDERED.

Dated:  May 6, 2020

                                                               GREGORY H. WOODS
                                                               United States District Judge