USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
MARCOS CALCANO, *on behalf of himself and all other persons similarly situated*,

                                Plaintiff,

-v-

DOMINO'S PIZZA, INC.,

                                Defendant.
-------------------------------------------------------------------- X

1:19-cv-09823-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The Court will hold an evidentiary hearing on August 27, 2020 at 9:30 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.  Each of the parties is directed to submit to the Court two courtesy copies of any exhibits that it will introduce during the hearing no later than August 20, 2020.  Courtesy copies should be double-sided, three-hole punched, tabbed, and placed in binders.  The spines of the binders should be labeled to include the name of the case, the case number, and the nature of the materials included in the binder.  The parties are also directed to mail the Court two USB drives containing all of the exhibits in separate, individually labeled and OCRed PDFs.

      The Court will hold a telephonic pre-hearing conference on August 18, 2020 at 10:00 a.m. For the pre-hearing conference, the parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

Signature Page to Order Dated July 23, 2020:  1:19-cv-09823-GHW

SO ORDERED.

Dated:  July 23, 2020

_____
GREGORY H. WOODS
United States District Judge

2